NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**EDWARD G. TROST,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2011-7192

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 10-0093, Judge Alan G. Lance, Sr.

---

**ON MOTION**

---

**ORDER**

Edward G. Trost moves without opposition for a 1-day extension of time, until December 22, 2011, for the appellant to file his opening brief,

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. No further extensions should be anticipated.

FOR THE COURT

JAN 0 9 2012
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Glenn W. Trost, Esq.
     Douglas G. Edelschick, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 0 9 2012

JAN HORBALY
CLERK